IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.1:20-cv-02698- PAB-MEH

Randall Wren,

    Plaintiff,

v.

McCandless Truck Center, LLC,

    Defendant

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Randall Wren and Defendant McCandless Truck Center, LLC., by and through their respective counsel, pursuant to Fed. R.Civ.Proc. 41(a)(1)(A)(ii), hereby stipulate and agree that this case be dismissed with prejudice, with each party to bear his or its own costs and attorneys' fees.

4847-6206-3060.1

DATED this 7th day of December, 2020.

Respectfully Submitted,

| BAIRD QUINN LLC | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
|---|---|
| */s/ J. Mark Baird*<br>J. Mark Baird, #22276<br>Beth Doherty Quinn, #26015<br>2036 East 17th Avenue<br>Denver, Colorado 80206<br>Telephone: 303.813.4500<br>Email:  jmb@bairdquinn.com<br>            bdq@bairdqunn.com | */s/ Alice Conway Powers*<br>Alice Conway Powers, #47098<br>1700 Lincoln Street, Suite 4000<br>Denver, Colorado 80203<br>Telephone: 303.861.7760<br>Email: Alice.Powers@lewisbrisbois.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |